IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERTO LUNA § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO._____ |
| § | JURY DEMANDED |
| STARSTONE NATIONAL § | |
| INSURANCE COMPANY § | |
| Defendant. § | |
| § | |

## DEFENDANT STARSTONE NATIONAL INSURANCE COMPANY'S NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Starstone National Insurance Company, in Cause No. C-0711-17-J, pending in the 430th District Court of Hidalgo County, Texas, files this Notice of Removal from that court to the United States District Court for the Southern District of Texas, McAllen Division, on the basis of diversity of citizenship and respectfully shows:

### I.  FACTUAL BACKGROUND

1.1  On or about February 15, 2017, Plaintiff filed his Original Petition in the matter styled *Roberto Luna v. Starstone National Insurance Company*, in the 430th District Court of Hidalgo County, Texas, in which Plaintiff made a claim for damages to his home under a homeowner's insurance policy.

1.2  Plaintiff served Starstone with process and Plaintiff's Original Petition on February 24, 2017.

1

1.3     Plaintiff's Original Petition states that he was issued an insurance policy by the Defendant providing coverage to his property located at 905 W. Falcon Ave, Pharr, Hidalgo County, Texas.  *See* Pl.'s Original Pet. at ¶ 5.  Plaintiff alleges that this property was damaged as the result of a hail and wind storm on June 1, 2016. *Id.*  The Plaintiff submitted a claim to the Defendant for the alleged damage and Defendant conducted a faulty investigation of the property resulting in an underpayment of the claim. *Id.*

1.4     The Index of Matters Being Filed is attached as Exhibit A to this notice of removal.  A copy of the Hidalgo County District Clerk's file for this case is also attached as Exhibit B and includes true and correct copies of all executed process, pleadings, and orders.  The Designation of Counsel is attached as Exhibit C.

## II.  BASIS FOR REMOVAL

2.1     Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332, 1441(a) and 1446.

### A.     Complete diversity exists between Plaintiff and Starstone.

2.2     At the time the lawsuit was filed, Plaintiff was a resident of the State of Texas.  *See* Pl.'s Original Pet. at ¶ 2.

2.3     Defendant Starstone is incorporated as a Delaware-domiciled insurance company, and has its principal place of business in New Jersey.  Accordingly, Starstone is not a citizen of Texas.

2.4     Because Plaintiff is a citizen of Texas and Starstone, a foreign defendant, is the only defendant in this action, there is complete diversity between the parties.  As such, removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**B.     The amount of damages prayed for by Plaintiff exceeds the amount in controversy required to confer diversity jurisdiction on this Court.**

2.5     Federal courts have subject matter jurisdiction over actions between citizens of different states in which the amount in controversy exceeds $75,000.  28 U.S.C. §1332(a)(1); *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000). Generally, an amount in controversy for the purposes of establishing federal jurisdiction is determined by the Plaintiff's complaint.  *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).

2.6     In his Petition, Plaintiff expressly states that the "relief he seeks is monetary in nature and is over $100,000 but not more than $200,000" *See* Pl.'s Original Pet. at ¶ 18.

2.7     Because Plaintiff has prayed for damages in excess of $75,000, this case may be properly removed to federal court.

### III.  THE REMOVAL IS PROCEDURALLY CORRECT

3.1     Defendant Starstone was first served with Plaintiff's Original Petition and process on February 24, 2017.  Thus, by filing its Notice of Removal and accompanying documents on this date, Starstone files its Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

3.2     Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

3.3     Pursuant to 28 U.S.C. §1446(d), promptly after Starstone files this Notice, written notice of the filing will be given to Plaintiff, the adverse party.

3.4	Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Hidalgo County District Court, promptly after Starstone files this Notice.

## IV. <u>CONCLUSION</u>

4.1	Based on the foregoing, the exhibits submitted in support of this Notice, and other documents filed contemporaneously with this Notice and fully incorporated herein, Defendant Starstone National Insurance Company hereby removes this case to this Court for trial and determination.

        Respectfully submitted,

        GAULT, NYE & QUINTANA, L.L.P.
        P.O. Box 6666
        Corpus Christi, Texas, 78466
        Telephone: (361) 654-7008
        Fax: (361) 654-7001

        By:   */s/ Mikell A. West*
            Mikell A. West
            Attorney-in-Charge
            State Bar No. 24070832
            Southern Dist. No. 1563058
            mwest@gnqlawyers.com

**ATTORNEY FOR STARSTONE NATIONAL INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607


William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas, 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

John R. Lamont
State Bar No. 24099876
Southern Dist. No. 3028487
jlamont@gnqlawyers.com

## CERTIFICATE OF SERVICE

      I, Mikell A. West, certify that on March 24, 2017, a copy of Defendant Starstone National Insurance Company's Notice of Removal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Roberto Luna:

**VIA CM/RRR #7016 1970 0000 5545 7894**
John A. Millin IV
Millin & Millin, PLLC
4107 North 22nd Street
McAllen, Texas 78504

                                              By:   */s/ Mikell A. West*
                                                              Mikell A. West