IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERTO LUNA | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-cv-00100 |
| | § | JURY DEMANDED |
| STARSTONE NATIONAL INSURANCE | § | |
| COMPANY | § | |
|    Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

     Plaintiff Roberto Luna and Defendant Starstone National Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Roberto Luna, Defendant is Starstone National Insurance Company.

2. On February 15, 2017, Plaintiff sued Defendant in the 430th Judicial District, Hidalgo County, Texas, Cause No. C-0711-17-J. On March 16, 2017, Starstone National Insurance Company filed its Original Answer. On March 24, 2017, Starstone National Insurance Company filed its Notice of Removal.

3. On or about October 24, 2017, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiff now moves to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By: ___/s/ Mikell A. West___
    Mikell A. West
    Attorney-in-Charge
    GAULT, NYE & QUINTANA, LLP
    State Bar No. 24070832
    Southern Dist. No. 1563058
    P.O. Box 6666
    Corpus Christi, Texas, 78466
    Telephone: (361) 654-7008
    Fax: (361) 654-7001
    mwest@gnqlawyers.com

**ATTORNEY FOR STARSTONE NATIONAL INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas, 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

John R. Lamont
State Bar No. 24099876
Southern Dist. No. 3028487
jlamont@gnqlawyers.com

*/s/ John A. Millin, IV*
JOHN A. MILLIN, IV
State Bar No. 24005166
Federal ID No. 24026
4107 North 22nd Street
McAllen, Texas 78504
Tel: (956) 631-5600
Fax: (956) 631-5605

**COUNSEL FOR PLAINTIFF,
ROBERTO LUNA**
*Signed with permission*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2018, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Roberto Luna, via electronic filing or regular mail:

John A. Millin, IV
Millin & Millin, PLLC
Email: john@millinmillin.com

**VIA E-FILING**

*/s/ Mikell A. West*
Mikell A. West